THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. HERBERT JOHNSON, Appellant.

(Argued May 15, 1931; decided June 2, 1931.)

*Francis L. Smith* for appellant.

*Sharon J. Mauhs, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.